# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Taryn Merkl | **DATE:** 07/01/2026 |
| **CLERK:** J. Boyd | |
| **DOCKET #:** 26 CR 190 (LDH) | **LOG TIME:** 2:29 PM – 3:45 PM |

**DEFENDANTS NAME:** Paolo Zamorano

| _X_ Present | ___ Not Present | _X_ Custody | ___ Bail |
|---|---|---|---|

**DEFENSE COUNSEL:** Ken Breen

| ___ Court Appointed | ___ Federal Defender | ___ CJA | _X_ Retained |
|---|---|---|---|

**A.U.S.A:** Benjamin Weintraub

| **INTERPRETER:** | **LANGUAGE:** |
|---|---|

**Defendant arraigned on the:** ___ Complaint _X_ Indictment ___ Superseding Indictment ___ Probation Violation

| _X_ Defendant pleads NOT GUILTY to ALL counts. | _X_ Defendants first appearance. |
|---|---|
| ___ Government Agent Sworn | _X_ Rule 5f warnings given to the govt. |
| ___ DETENTION HEARING Held. | ___ BAIL HEARING Held. |

_X_ Bond set at $ 100,000

**Defendant:** _X_ released ___ held pending satisfaction of bond conditions.

_X_ Defendant advised of bond conditions set by the Court and signed the bond.

_2_ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted.

| ___ Order scheduling a Detention Hearing entered. | ___ Bail Hearing set for _____ |
|---|---|
| ___ Preliminary Hearing set for | ___ Preliminary Hearing waived by defendant |

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| ___ Order of Excludable Delay/Speedy Trial entered. | **Start Date**: 07/01/2026 | **End Date:** 08/06/2026 |
|---|---|---|
| **Removal District:** | **Removal District Case Number:** | |

___ Removal (Rule 5) Proceeding held.

| ___ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
|---|---|
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |

___ No bail application presented to the court. Commitment to the District entered.

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

_X_ Status conference set for __08/06/2026__ @ __12 pm__ before District Judge: LaShann DeArcy Hall

**Other Rulings:** AUSA present Benjamin Weintraub; Dft present with retained counsel Ken Breen. Dft arraigned on an indictment. Gov't and defense consent to a bail package of $100,000 with two (2) sureties. Court granted the bond application. Defendant advised of the bond conditions and signed the bond; defendant released on a $100,000 bond. Sureties were sworn and advised of bond obligations by the court and signed the bond. OED entered. Rule 5f warnings given to the gov't.